Scott H. Jacobs (SBN 81980)
Email: sjacobs@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Ashley L. Shively (SBN 264912)
Email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant
Education Management Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY CALDERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATION MANAGEMENT CORPORATION,<br><br>Defendant. | No.: 2:15-cv-06095-FMO-JPR<br><br>**STIPULATION TO DISMISS COMPLAINT**<br><br>**FRCP 41(a)(1)(A)(ii)** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Lucy Caldera ("Plaintiff"), for herself and not on behalf of the putative class, desires to dismiss with prejudice her Complaint in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

WHEREAS, Defendant Education Management Corporation ("Defendant") has no objection to such a dismissal;

Accordingly, based on the foregoing, Plaintiff and Defendant hereby stipulate to, and jointly move the Court for, an order dismissing the Complaint in the above-captioned action as follow:

1. As to Plaintiff Lucy Caldera individually, with prejudice; and
2. As to the putative class, without prejudice;
3. The Parties further stipulate that each is to bear her or its own costs and fees.

**SO STIPULATED:**

DATED: August 31, 2016        REED SMITH LLP

                              By Ashley L. Shively
                                 Ashley L. Shively
                                 Attorneys for Defendant
                                 Education Management Corporation

DATED: August 31, 2016        The Law Offices of Todd M. Friedman, P.C.

                              By Todd M. Friedman
                                 Todd Friedman
                                 Attorney for Plaintiff
                                 Lucy Caldera